INVESTMENT BANKERS AND BROKERS, INC. *v.*
THEODORE N. LENCZYK
(8781)

SPALLONE, NORCOTT and LANDAU, Js.

Argued October 2—decision released October 11, 1990

*Theodore N. Lenczyk,* pro se, the appellant (defendant).

*Frank R. Borowy,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.